IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

NORA ANN CAMPBELL,                      CASE NO.: 08-31759-DHW-13

    DEBTOR.

## AGREED ORDER CONDITIONALLY DENYING RELIEF FROM THE AUTOMATIC STAY

This matter having been set for hearing on February 9, 2009 upon the Motion for Relief from the Automatic Stay of Regions Bank d/b/a Regions Mortgage, ("Regions"), seeking relief from the automatic stay imposed by 11 U.S.C. §362(a) as it relates to the enforcement of the lien against property described as 265 Gardenia Road, Millbrook, Alabama 36054, in Exhibit "A" of the Motion for Relief filed with the Court on January 20, 2009 ("Property"). Notice of the hearing was given. Based upon the pleadings, affidavit and agreement by the parties, it is hereby

**ORDERED, ADJUDGED AND DECREED** the motion is denied conditionally.

**IT IS FURTHER ORDERED,** Debtor shall pay Regions the attorney's fees of $400.00 and costs of $150.00, which totals $550.00.

**IT IS FURTHER ORDERED,** Debtor's post-petition arrearage of $550.00 shall be placed in Debtor's Chapter 13 plan. Debtor's payments to the Chapter 13 Trustee are set at $105.00 a week and the fixed payment to Regions shall be $11.00 a month.

**IT IS FURTHER ORDERED,** should Regions fail to receive any regular monthly payments from Debtor (beginning February 2009) within the calendar month in which such payment comes due and after a fifteen (15) day written notice of default to Debtor and Debtor's attorney, the stay will lift automatically without further order of this Court, and Regions, its successors and/or assigns, are authorized to pursue applicable non-bankruptcy remedies with regard to the Property.

**IT IS SO ORDERED** this the 10th day of March, 2009.

                                                  /s/ Dwight H. Williams, Jr.
                                                  U.S. Bankruptcy Judge

cc:    Debtor(s)
        Richard D. Shinbaum, Attorney for Debtor
        Bowdy J. Brown, Attorney for Regions
        Curtis C. Reding, Trustee